February 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IN RE SILVER 1999 LEXUS GS300 4DR, TXLP-DG4C418, AND VIN
#T8BD68S3X0066038 AND OTHER PROPERTY

NO. 14-12-00955-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 15, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Anthony Ronald Rodriguez.

We further order this decision certified below for observance.